**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

KATINA BOLTON,

      Plaintiff,

v.            Case No:  6:22-cv-1206-RBD-LHP

GEICO GENERAL INSURANCE
COMPANY,

      Defendant

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** PLAINTIFF AND DEFENDANT'S MOTION FOR RECONSIDERATION OF THEIR MOTION FOR EXTENSION OF TIME TO DISCLOSE EXPERT WITNESSES (Doc. No. 28)
>
> **FILED:** February 9, 2023
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

On February 1, 2023, Plaintiff filed an unopposed motion seeking extensions of the parties' expert disclosure deadlines. Doc. No. 24. Upon consideration, the

Case 6:22-cv-01206-RBD-LHP   Document 29   Filed 02/10/23   Page 2 of 3 PageID 253

Court denied that motion without prejudice for failure to comply with Local Rule 3.01(a) and for failure to state good cause. Doc. No. 25.

Now, rather than filing a renewed motion, Plaintiff seeks reconsideration of that Order. Doc. No. 28. On review, however, the motion for reconsideration also fails to comply with Local Rule 3.01(a) because it does not include a memorandum of legal authority in support. Nor does the motion set forth a basis for reconsideration. *See generally Stallworth v. Omninet Village, L.P.*, No. 6:16-cv-546-Orl-31DAB, 2016 WL 10100424, at *2 (M.D. Fla. Aug. 23, 2016) ("Motions for reconsideration are permitted when there is (1) an intervening change in controlling law; (2) newly discovered evidence; or (3) the need to correct clear error or manifest injustice." (citing *Tristar Lodging, Inc. v. Arch Speciality Ins. Co.*, 434 F. Supp. 2d 1286, 1301 (M.D. Fla. 2006), *aff'd*, 215 F. App'x 879 (11th Cir. 2007))).

Accordingly, the motion for reconsideration (Doc. No. 28) is **DENIED**. However, nothing in this Order precludes the parties from renewing the motion for an extension of the expert disclosure deadlines, if such request is made in full compliance with the Local Rules and the requirements of the Case Management and Scheduling Order. *See* Local Rule 3.01(a); Doc. No. 19, at 10 § (III)(F)(3). *See also* Fed. R. Civ. P. 16(b)(4).

- 3 -

**DONE** and **ORDERED** in Orlando, Florida on February 10, 2023.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties